# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126254(83)

MICHIGAN DEPARTMENT OF CIVIL
RIGHTS ex rel BURNETTE BURNSIDE,
        Claimant-Appellee,

v

FASHION BUG OF DETROIT,
        Respondent-Appellant.

SC: 126254
COA: 240325
Wayne CC: 01-116726-AA
MCRC: 122300-EM06

_____/

On order of the Court, the motion for reconsideration of this Court's order of July 21, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, J., dissents and states as follows:

I would grant reconsideration. On reconsideration, I would deny leave to appeal for the reasons stated in my dissent to the order reversing the judgment of the Court of Appeals.

WEAVER J., dissents and states as follows:

I would grant reconsideration. On reconsideration, I would deny leave to appeal for the reasons stated in my dissent to the order reversing the judgment of the Court of Appeals in this case. 473 Mich 863, 874 (2005) (WEAVER, J. dissenting).

KELLY, J., dissents and states as follows:

I would grant reconsideration. On reconsideration, I would deny leave to appeal for the reasons stated in my dissent of July 21, 2005.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2005

Clerk

d1031